WALTER MEYER, Appellant, v. THOMAS H. GOODWIN, as Executor of MARY E. MEYER, Deceased, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE NIKOP, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL GREENBERG, Appellant.— Judgment and orders unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM WINZELBERG, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WINDSOR LEASING COMPANY, INC., Respondent, v. LUCIA VICTOR, Appellant.— Determination unanimously affirmed, with costs and disbursements, on the ground that full development at trial of the facts and circumstances relating to the surrender by the tenant and the alleged acceptance by the landlord will enable the court to dispose of the legal questions involved with greater certainty. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

VEE MACHINE TOOL COMPANY, INC., Respondent, v. MERRIAM BRONX CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 269 App. Div. 655.]

CHARLES QUIDORE, Plaintiff, v. GEORGE W. CARSON et al., Defendants. In the Matter of the Application of SAMUEL WEISMAN and BERNARD R. LIEBERMAN, Attorneys and Counselors at Law, to Determine and Enforce a Lien of Said Attorneys for Services Rendered to Plaintiff in the above Action. BERNARD R. LIEBERMAN et al., Petitioners-Respondents and Appellants; CHARLES QUIDORE, Respondent-Appellant and Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LOUISE M. BYRNE, as Administratrix of the Estate of MARY C. BYRNE, Deceased, Respondent, v. CITY BANK FARMERS TRUST COMPANY, Appellant, et al., Defendants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.

In the Matter of the Accounting of FIFTH AVENUE BANK OF NEW YORK, as Trustee under the Will of HENRY H. MAN, Deceased, Respondent. ADDIE M. HOWELL et al., as Executrices of WILHELMINA H. MAN, Deceased, Appellants.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.